## AFFIDAVIT

I, Jordyn Woltmann, am over the age of 18 and believe in the obligations of an oath. I provide this Affidavit based upon on my own personal knowledge.

1. In May, 2016, I received a Bachelor's degree in criminal justice from Post University.

2. At that time I was working in the admissions department under Kathryn Reilly.

3. I was 21 years old at the time.

4. Ted Lukowski immediately became the head of Admissions after Kathryn Reilly's departure. Within a day or two of Ted's arrival, he told all of us in admissions about new policies and practices for recruiting high school students.

5. We were told that if we could not get an appointment with a high school through normal channels, we had to try and sneak into high schools any way that we could to get to seniors to convince them to consider Post University. The goal was to increase enrollment at Post University.

6. Following the initial announcement, we were given training by Troy Harris, a consultant, on the new recruitment methods. Troy described different methods for sneaking into high schools.

7. Troy said we should find out the name of the English teacher who taught seniors and leave a message on his or her answering machine from the parking lot of the high school in the morning stating that we wanted to meet with them that day.

8. Then, we were told that immediately after leaving the message, we were to go to the high school and say that we had an appointment with that teacher, even though we did not have an appointment and had only left a message.

9. We were told that if we were led to the teacher, we should try to convince her allow us to talk to her students.

10. We were told that if we were able to get generally into the school but not led to the teacher, we should try to find a class room with an open door so that we could start a discussion with the teacher.

11. Our goal was to try and get to seniors and then try and convince them to consider Post University.

12. We were also taught that we could find out the name of the guidance counselor for the high school seniors and then go to the high school and pretend that we had an appointment with the guidance counselor, even thought we did not. Again, if we got into the high school, we should walk around the hallways and try to find a teacher of seniors that we could talk to about Post University. We were taught that if a class room door was open, we should pop in with a friendly smile and try to talk to the students.

13. We were also told that it is easier to get into a high school if we went in when all of the students were walking in first thing in the morning. We were told that at that time the security personnel were typically not closely watching or at the entrance door.

14. In late September, 2016 I was called into a meeting with the Assistant Director of Admissions, Lisa, and the head of Admissions, Ted.

15. They told me that they wanted me to move back to Long Island, where I was originally from, and take on Long Island as my new territory for recruitment. They said they wanted me to start in a week.

16. I was told that my goal was to recruit high school students from the Long Island high schools. They told me that I could try and use my contacts in Long Island but that I could also get to students by the methods that had been discussed.

17. I moved back in with my parents and started to recruit from Long Island high schools.

18. I tried the procedure involving leaving a message for a teacher and then immediately after going to the office and saying I had an appointment with the teacher. I had several occasions where the office personnel contacted the teacher and when it was discovered I had no appointment, I was directed to leave.

19. On one occasion, I tried the method of walking in with the high school students early in the morning. I saw a teacher and tried to begin a friendly discussion so I could get into a senior classroom. The teacher became upset and called security. I was then walked out by security. The entire scenario was humiliating and upsetting. I cried after this happened. This was somewhat of a scene.

20. I called Ted and told him what happened. He heard how upset I was. He said that I didn't have to go to any more schools that day but that I should "get back at it" tomorrow.

Dated at Massapequa , New York this 26 day of February, 2018.

*Jordyn Woltmann*

Jordyn Woltmann

Subscribed and sworn to before me this 2^th day of February, 2018

William J. Foerster
Notary Public, State of New York
No. 01F0600...
Qualified in Nassau County
Commission Expires: 07/14/20 /9

3