## AFFIDAVIT

I, Lena Vassiliou, am over the age of 18 and believe in the obligations of an oath. I provide this Affidavit based upon my own personal knowledge.

1. I reside in Connecticut.

2. In 2016, I was employed as the International Students Coordinator for Post University.

3. After Kathryn Reilly's departure, an individual by the name of Ted Lukowski was made the head of Admissions.

4. Prior to Kathryn Reilly's departure, she had discussed with me that she was concerned about policies on recruitment that the new management team sought to put in place. She was upset by the suggestions that were being made to have the admissions staff try and sneak in to schools to get to directly to the students.

5. Kathryn was extremely passionate about her job and she was protective of her staff particularly because the admissions personnel tend to be recent college graduates in their early to mid-twenties.

6. Kathryn said to me that she could not believe that Bobby Reese and the others would create these safety issues for high schools and her staff. She feared someone might be arrested. She also said it was unfair to the high schools that are so desperately trying to have tight security. We discussed that what they sought to do was unacceptable, unethical and dangerous.

7. Shortly after Ted Lukowski became the head of admissions, there was a meeting with him, Bobby Reese, the COO, John Hopkins, the CEO, and the admissions personnel. I was included in the meeting also.

8. At this meeting, Ted and Bobby directed the admissions staff to try and sneak into high schools if they were not able to get an appointment through normal channels. He said they should "wander" or "roam" in the hallways until they found a teacher to talk to with the goal of eventually being able to make a presentation to the students.

9. As this process was being described, I looked around the room to see everyone's expressions because I was in disbelief as to what I was hearing. The admissions personnel looked shocked and concerned, however, they stayed quiet. I realized that this is what Kathryn had described to me prior to her departure.

10. After the meeting, some admissions staff discussed with me their concerns about the directive. They felt they had no choice but to go along with this. The directive was not presented as being optional.

11. In the weeks that followed, one or two admissions personnel reported to me that they had tried to gain entry into high schools by pretending that they had an appointment but that they were unsuccessful. They felt embarrassed by the experience.

12. In this time period, I received a phone call from Jordyn, who was one of the individuals who worked in admissions. She was a recent graduate of Post University. She was responsible for recruiting from high schools in a territory out of state.

13. Jordyn was sobbing on the phone. She said she was caught by high school personnel after she had snuck in. She was walking in a hallway trying to find a teacher when it was discovered that she did not have an appointment to be in the school. She said security was called and she was escorted out of the school. She was scared and humiliated. She said that she couldn't do this again but was fearful because she did not want to lose her job.

14. I noted in my position with Post University that in many areas the new management showed disregard for the students and staff.

15. I resigned from my employment in January of 2017.

16. I recently learned that Post University representatives are denying that the directive I describe above was given to admissions personnel. They are not being truthful.

Dated at  Waterbury , Connecticut this  20  day of February, 2018.

_Lena Vassiliou_
Lena Vassiliou

Subscribed and sworn to before me this 20th day of February, 2018

_Diane Nicol_

DIANE NICOL
NOTARY PUBLIC
My Commission Expires Sept. 30, 2020

2