<u>POST UNIVERSITY</u>

## *UNDERSTANDING THE CULTURE OF THE HIGH SCHOOL*

What are the relationships between teachers, counselors, principals and other administrators? You want to understand how these people make decisions and how these decisions are implemented. Here are some of the key factors and relationships you want to determine:

1. How do the specific individuals interact with each other? Who seems to be friends? Which individual is deferred to and why?

2. What is the structure of authority, both formal, and informal? What's the pecking order? Who are the leaders and the followers? Many times this has nothing to do with their title or position.

3. Who is responsible for whom, and to whom will each person defer for guidance or approval and why? This will give you an insight into how decisions are actually made.

4. In larger high schools, the program department heads may or may not be the decision-makers. They may pass you along with their blessings or get in the way to your getting a booking. They both may be able to say yes but may be hesitant to usurp the teacher's authority or commit to the use of class time. In fact, the department head may have the authority but may not wish to be the ultimate or final decision-maker.



5. The teacher is the most important part of the process and in most cases is ultimately the person who decides to give up the class time and schedule a high school presentation. The teacher can also introduce you to other teachers who can combine classes to give you the audience size you need for maximum effectiveness. Select the teachers who instruct classes that are required subjects for juniors or seniors.

6. You never want to look like you snubbed anyone or usurped authority. That is why you do not approach the Counselor until after your presentations have been conducted and you have obtained quality inquiry cards. More often than not if you approach them before, they may tell you that you cannot give presentations and can only attend a Career Fair / Lunch Visit when in fact that is not true. Often several "yes's" can be vetoed by a single "no" from a Counselor so it is important to approach the teachers first. Utilize the Counselor, as necessary, to disseminate scholarship information but do not mention presentations to them.

7. Be sure to **allow yourself enough time,** if you rush yourself, you can make mistakes and cause problems. Have enough time to be able to see everyone who may affect the decision. Get to know the people and how they think so you can prevent a problem before it has a chance to get out of hand.

8. Above all, **be flexible each school or district is a unique situation.** Never assume anything. Preparation is key to your success in booking a school. Find out as much as possible before you arrive. Make a list of what you must know before you start finalizing the booking of the presentations. If you don't know, find out. Ask questions.

CONFIDENTIAL
Subject to Court's Order

DEF 010343

# POST UNIVERSITY

## *BOOKING FLOW CHART*

In order to effectively develop your territory implementing proper booking techniques is critical and will benefit you by increasing your qualified prospect lead bank, creating brand awareness of Post University and result in increased freshman undergraduate residential starts each year as well as transfer student potential. In order to effectively book presentations you **must firmly believe in the following:**

- There are quality prospects in every account within each territory
- Everyone that attends a Post University presentation that is facing a critical career and education decision will benefit from the information we provide
- Nearly every school will allow guest speakers and you must be committed to identifying decision makers within each account and then networking to uncover additional contacts to optimize results
- Preparation, Professionalism and Perseverance are the keys to successful booking

> **Information Acquisition:** Gather teachers names and planning periods/schedule either from prior account information, school's websites or prospective students / parents.

> **TASK AND APPROVAL WILL OPEN NEARLY ANY DOOR!**
> Try calling prior to your scheduled visit to notify potential contacts (teachers, not counselors) that you will be in the area and plan to come by to visit with them briefly. Leaving a voicemail can be as effective, if not more effective than actually reaching them. This simple task will almost always grant you the approval needed to proceed. Should you be asked why you are there or who you are here to see, this will provide you with a task and approval response.
> **Business teachers and coaches are an easy way to gain access to presenting in your accounts. Once these contacts are established simply ask them to introduce you to teachers that have the greatest concentration of juniors and seniors-required classes.**
> (Objective is to get your foot in the door)

With task & approval call

> **Visit the school.** Bring Account Information and the appropriate marketing materials required to update your files and successfully book presentations. Purpose of the visit is to meet with the teachers in order to book lectures. **Ask for teacher and if they ask if they are expecting you, say yes.**

Without task & approval call

> **Visit the school.** Bring Account Information and appropriate marketing materials required to update your files and successfully book presentations. Purpose of the visit is to meet with teachers in order to book lectures. When checking in at the front desk, sign in and if **asked the purpose of your visit, simply state you are there to update your files.**

CONFIDENTIAL
Subject to Court's Order

DEF 010344

**BOOK SCHOOL (In Person):** Introduce yourself by saying, "My name is (state name) from Post University. I'd like to come and give a presentation to your students about their career options after graduation. I'll be in your area (this week) or (next week) and have time available on (give date). If the teacher asks questions regarding the presentation, describe the presentation as one of the programs you are offering high schools to help seniors and juniors, faced with making critical career decisions, explore their options. Explain how the workshop could be used to accomplish their career infusion objectives (Economics classes enjoy specific presentations, Finance teachers really enjoy, etc.). Schedule a date, start time, # of classes to lecture and # of seniors and juniors attending (make sure the teacher has juniors and seniors and write down how many of each to expect).

**IF GUIDED TO COUNSELOR'S OFFICE (before or after attempting to get to teacher):** Introduce yourself by saying, "My name is (state name) from the Post University. I'd like to update my files and get my scholarship information out in the publication/website for juniors and seniors about Financial Aid and Scholarship opportunities. Do you know of any students that may be interested in pursuing these types of majors?" If counselor is not familiar with Post, give features and benefits. **Do not discuss booking presentations, this often results in interest-only events.** From there proceed to your previously contacted teachers (task and approval) to schedule presentations.

CONFIDENTIAL
Subject to Court's Order

DEF 010345