Loralyn Wolfmann

**Why have you decided to leave?**
a lot of travel - traditional 3 months when she first started

**What were the most and least satisfying aspects of your job?**
most - love working w/ students, explore a new territory, interacting
least - travel, ex. of short notice-working, ~~open house~~ - orientation on weekend a year in advance of dates

**Do you feel that you received sufficient training and job support?**
Yes, someone to come on the road w/ her more, wanted to learn someone elses approach on how they do things
communication - new perspectives
ex. Ted - travel time counts vs. doesnt count on the road

**If applicable: What areas were insufficient? Or Would you please provide me with examples of ways in which you didn't receive adequate job support?**
middle of semester training - whats happening/whats not not impacted - mtg b4 xmas with what worked/what didnt

**Management Feedback**
always get staff an answer - timely manner
upfront as possible - dont sugar coat - misguided because you were on the phone & missed something/called later what times things are ending, more detailed with answers, to the point (delegate)

**Future Reps**
be prepared to travel
lying to schools? - T&A for HS's
new training - more positive contact
more personalization

Overall

CONFIDENTIAL
Subject to Court's Order

DEF 010350