High School Presentation Insights

High schools are in session for 180 days each year, of those 180 days the High School presenter has a approximately 150-160 days due to various testing days, school functions, etc. Based on 150 days, th approximately 30 weeks of presenting time.

Below is a table of presentation and lead generation goals depending on level of experience. These a numbers.

| Presenter Experience | HS Presentations | Senior Leads | Junior Leads | Underclassmen Leads |
|---|---|---|---|---|
| Lev 1 (0-6 months) | 8 | 80 | 40 | 1 |
| Lev 2 (6 months- 1 yr) | 12 | 120 | 60 | 3 |
| Lev 3 (1 year plus) | 16 | 160-300 | 80-150 | 5 |

Using the goals above a Level 1 HSP (High School Presenter) will generate approximately 4000 leads, generate 6000 leads and a Level 3 HSP will generate 9000+ leads.

Territory assignment will depend on number of students at school and other determined demograph average the HSP can effectively work 40-60 high schools and should be able to accomplish complete the school.

Presentations should be booked directly with a teacher or department head within a school. English target because every senior and junior are required to take an English class. Presentation that I have received by English teachers are, "How to prepare for an Interview", "Public Speaking" and one that requested was "High School to College Making the Transition"

Other presentation that will open doors are, "Anti-Bullying", "Developing an Entrepreneurial Spirit", today's World"…etc.

Networking skill is critical to success as a HSP. Here are some keys I learned along the way.

The security guards can be a great resource, so get to know them and take an honest interest in ther their name, it's more important than most people know.

Front office personnel are critical allies, remember their morning are usually hectic and they are usu and understaffed (their perception) so be patient and ask questions like, "You seemed to be very bus time to ask a couple of questions?" basically use common sense and be very aware of what is happel during your visit.

Guidance counselors are not your enemy and in some situations they can open the door to present t or junior student body.

Best case scenario is to book presentation directly with teachers, you will be surprised how many tea how many the people you know, know.

Here at Post University we have 600 plus employees and every employee knows at least 2 teachers t points alone not counting on your own spear of influence.