| | |
|---|---|
| From: | Mroz, Don |
| Sent: | Thursday, September 08, 2016 10:06 AM |
| To: | Kelly, Donald; Reese, Bobby |
| Subject: | Re: Tribal Notes |

I totally agree with Bobby that we need to stay away from anything that looks like K departure was due to the numbers. I would change or delete the second paragraph would also have Kathryn's departure in a separate email, I thought that is what we a upon. Thanks, Don

From: "Kelly, Donald" <DKelly@Post.edu>
Date: Thursday, September 8, 2016 at 9:42 AM
To: "Mroz, Don" <DMroz@Post.edu>, "Reese, Bobby" <BReese@Post.edu>
Subject: Tribal Notes

Here is the announcement I'd like to get out. Since the word of Kathryn's already out there, I thought it might be best to combine these.

Please note Lisa's title as Assistant Academic Director. Is that what we ha

Please let me know your comments.
Thanks



POST UNIVERSITY 1890

We would like to congratulate AJ McNamara on his promotion to Assistant Athletic Director effective imm( fixture within Post's Athletic department, having served as Post's Head Coach for Baseball before assuming Athletics Operations Manager under Athletic Director, Ronnie Palmer. AJ Joined Post in 2006 and has beer of the change that has seen the University grow from a small number of supported sports programs to our sports teams as well as sports such as Sprint Football, Cheerleading and Equine.

**Changes in Main campus Admissions:**

Over the past year, Post has experienced many of the same pressures toward on-campus enrollment that I colleges and Universities our size. While the quality of our incoming students has steadily increased over t growth has been an ongoing struggle. During the past several months, we have realigned our Main Campu

DEF 00081