| From: | Reese, Bobby |
|---|---|
| Sent: | Thursday, September 08, 2016 9:56 AM |
| To: | Kelly, Donald; Mroz, Don |
| Subject: | RE: Tribal Notes |

COUPLE THINGS....

I wouldn't put these items together....  I would include all the promotions and "good stuff" in one and KR i
far as Lisa.... She is an Assistant Director of Admissions... Not sure you meant Academic......   Concerning
saty away from  numbers and things like "Pressures toward on-campus enrollment".... Lets discuss at 10:0

# Bobby Reese | Chief Operating Officer

e. BReese@Post.edu
w. 203.596.4548

Post University
800 Country Club Rd.
Waterbury, CT. 06723
toll free 800.345.2562

**From:** Kelly, Donald
**Sent:** Thursday, September 8, 2016 9:42 AM
**To:** Mroz, Don <DMroz@Post.edu>; Reese, Bobby <BReese@Post.edu>
**Subject:** Tribal Notes
**Importance:** High

*Here is the announcement I'd like to get out.  Since the word of Kathryn's already out there, I thought it might be best to combine these.*

*Please note Lisa's title as Assistant Academic Director.  Is that what we hc*

*Please let me know your comments.*
*Thanks*



We would like to congratulate AJ McNamara on his promotion to Assistant Athletic Director effective imm
fixture within Post's Athletic department, having served as Post's Head Coach for Baseball before assumin;
Athletics Operations Manager under Athletic Director, Ronnie Palmer.  AJ Joined Post in 2006 and has bee

DEF 00094