UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHRYN REILLY, | : |
| Plaintiff, | : |
| | : Civil Action No. |
| V. | : 3:17-cv-01704 KAD |
| POST UNIVERSITY, INC. | : |
| Defendant. | : October 25, 2018 |

### DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Post University Inc. hereby supplements its responses to the Plaintiff's First Set of Interrogatories as follows:

1. Please identify all persons who answered theses Interrogatories and Request for Production of Documents or who provided information or responses used in responding to each of these interrogatories. If more than one person provided information for a single interrogatory, please identify with precision the information provided by each person. In identifying said persons, please provide the following information pursuant to Local Rule 26(c)(3), namely, "the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment."

**ANSWER:** Raymond Lagasse, Assistant Director, Human Resources, Post University.

**SUPPLEMENTAL ANSWER:**

Raymond Lagasse, Assistant Director, Human Resources, Post University, 800 Country Club Road, Waterbury, CT., 06723; John Hopkins, Chief Executive Officer, Post University; Bobby Reese, Chief Operating Officer, Post University; Vicki Whisenhant, Chief Associate Experience Officer, Post University; Don Kelly, Program Chair for Human Resources (formerly Vice

{N5527501}

President of Human Resources), Post University; Donna Smith, Risk Management Administrator/Executive Assistant to the Chief Financial Officer, Post University; Melissah Kochera, Executive Assistant to the CEO/President, Post University; Cindy Kilbourn, Payroll Administrator, Post University; Joe Chabot, Director of Community Relations (formerly Director of Main Campus Operations), Post University; Lisa Cassella, Assistant Director for Main Campus, Post University.

9. Identify the individual(s) who replaced Plaintiff, including the individual's gender, age, hire date and annual salary, and describe the individual's qualifications for the position, particularly with respect to management of main campus.

**ANSWER:** The individual who initially replaced the Plaintiff was Ted Lukomski, who started as an independent consultant on September 8, 2016 and was hired as a full-time employee on February 6, 2017. Mr. Lukomski's birth date if March 22, 1957 and his annual salary was $96,000.06. Mr. Lukomski's resume is produced herewith.

**SUPPLEMENTAL ANSWER:**

The individual who initially replaced the Plaintiff was Ted Lukomski, who started as an independent consultant on September 8, 2016 and was hired as a full-time employee on February 6, 2017. Mr. Lukomski's birth date if March 22, 1957 and his annual salary was $96,000.06. Mr. Lukomski's resume is produced herewith. Mr. Lukomski separated from Post University on or about April 14, 2017. After serving as interim director, Joseph Chabot became Director of Main Campus Admissions beginning on or about August 28, 2017; his age is 55; and his annual salary was $90,000. Before Post, Mr. Chabot was Director of High School Admissions for Porter & Chester Institute. Mr. Chabot became Director of Community Relations in or about

July 2018. Defendant has not refilled the position of Director of Main Campus Admissions because it created a new position.

15. Identify all meetings that took place with the main campus admissions staff and the Chief Enrollment Officer, Mr. Bobby Reese, or John Hopkins, CEO, during the period of June 27, 2016 through end of August 2016, including the date(s) of such meeting(s), objectives, agenda, reasons, meeting notes, emails and/or correspondence concerning such meetings(s).

**ANSWER:** Mr. Reese did and Mr. Hopkins did attend various departmental meetings during the period of June 27, 2016 through end of August 2016. There exist no agendas or minutes regarding such meetings.

**SUPPLEMENTAL ANSWER:** Mr. Reese did and Mr. Hopkins did attend various departmental meetings during the period of June 27, 2016 through end of August 2016. There exist no agendas or minutes regarding such meetings. Specifically, Mr. Hopkins and Mr. Reese had "MC Accountability Meetings" scheduled by the plaintiff on their calendars each Wednesday from 3-4 p.m. from July 13, 2016 through August 31, 2016. Additionally, Mr. Reese had a meeting that was scheduled by the plaintiff on his calendar for "MC Admissions/Marketing Meeting" on August 11, 2016.

19. Please identify each and every individual whose employment was terminated from 2015 to the present and in so doing state the individual's gender.

**ANSWER:** See spreadsheet produced herewith.

**SUPPLEMENTAL ANSWER:** See spreadsheet produced herewith, at Bates DEF 000599.

20. Please identify each and every individual in the main campus admissions department from 2014 to the present, including the age of the individual, their title, gender, dates of employment and if the employee's employment was terminated form 2014 to the present, state the reason for the termination.

**ANSWER:** See spreadsheet produced herewith.

**SUPPLEMENTAL ANSWER:** See spreadsheet produced herewith, at Bates DEF 000599.

21. Please state whether John Hopkins, Bobby Reese or Troy Harris (any combination of the three) ever worked together at any other institution and, if so, identify the institution and the time period that they worked together.

**OBJECTION AND ANSWER:** Defendant objects to this interrogatory for the reason that it requests information that is not relevant to any party's claim or defense and is not proportional to the needs of the case, considering the importance of the issues at stake in this litigation, and the importance of the discovery in resolving the issues.

Subject to and without waiving that objection, the three individuals have worked together at other institutions.

**SUPPLEMENTAL ANSWER:** Subject to and without waiving that objection, and in addition to the above answer, Mr. Hopkins and Mr. Reese worked together on two other occasions. Once for a company named Medvance in Florida from in or around October 2007 to in or around March 2010; and the other time for Medtech in Atlanta Georgia from in or around June 2010 to in or about October 2014.

x

THE DEFENDANT,
POST UNIVERSITY, INC.

/s/ Giovanna Tiberii Weller

Giovanna Tiberii Weller
Federal Bar No. ct11187
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509
Phone: 203 777-5501
Fax: 203 784-3199
gweller@carmodylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents was mailed and/or emailed on this 25th day of October 2018 to:

Heena Kapadia
The law office of Heena Kapadia, LLC
572 White Plans Road
Trumbull, CT 06611
hkapadia@heenakapadialaw.com

_____
Giovanna Tiberii Weller

## OATH

I, Raymond Lagasse, hereby certify that the foregoing responses to the Interrogatories are true and accurate to the best of my belief.

*/s/ Raymond Lagasse*
Raymond Lagasse

Subscribed and sworn to before me on this 24th day of October 2018.

Notary Public
My Commission Expires:

{N5515097}