**Laurie Spagnuolo**

| | |
|---|---|
| **From:** | Lagasse, Raymond <RLagasse@Post.edu> |
| **Sent:** | Monday, September 19, 2016 2:13 PM |
| **To:** | Laurie Spagnuolo |
| **Cc:** | Kilbourn, Cynthia; Kelsey, Madelaine |
| **Subject:** | RE: Reilly, Kathryn, ss# 6757, deadline 9/30 (FF Post University) |

Laurie,

Good afternoon, the university is not going to appeal Kathryn Reilly filing for unemployment benefits.

Thank you

Ray

**Ray Lagasse | Assistant Director Of Human Resources & Title IX Coordinator**

e. RLagasse@Post.edu
w. 203.591.7140
f. 203.841.1168

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

Visit our blog @
blog.post.edu

**From:** Laurie Spagnuolo [mailto:lspagnuolo@utmcorp.com]
**Sent:** Monday, September 19, 2016 1:28 PM
**To:** Kelsey, Madelaine
**Cc:** Kilbourn, Cynthia; Lagasse, Raymond
**Subject:** Reilly, Kathryn, ss# 6757, deadline 9/30 (FF Post University)

Dear Ms. Kelsey:

UTMC has received a claim on the above claimant for POST UNIVERSITY, INC. Please provide me with the information below as it pertains to the claimant's employment/separation.

***ALWAYS PROVIDE THE FIRST 6-THEN SUPPLY THE INFORMATION THAT CORRESPONDS TO THE SEPARATION REASON***

1. Position-
2. PT – FT – Per Diem-
3. Date of hire-
4. Last day worked-
5. Reason for separation-
6. Are you protesting this claim? ____Yes ____No

*(If you are protesting this claim, please provide the information, below, that corresponds with the separation.)*

1

**From:** Mroz, Don
**Sent:** Thursday, September 08, 2016 10:06 AM
**To:** Kelly, Donald; Reese, Bobby
**Subject:** Re: Tribal Notes

I totally agree with Bobby that we need to stay away from anything that looks like Kathryn's departure was due to the numbers.  I would change or delete the second paragraph.  In addition, I would also have Kathryn's departure in a separate email, I thought that is what we agreed upon.  Thanks, Don

---

**From:** "Kelly, Donald" <DKelly@Post.edu>
**Date:** Thursday, September 8, 2016 at 9:42 AM
**To:** "Mroz, Don" <DMroz@Post.edu>, "Reese, Bobby" <BReese@Post.edu>
**Subject:** Tribal Notes

*Here is the announcement I'd like to get out.  Since the word of Kathryn's departure is already out there, I thought it might be best to combine these.*

*Please note Lisa's title as Assistant Academic Director.  Is that what we had settled on?*

*Please let me know your comments.*
*Thanks*



We would like to congratulate AJ McNamara on his promotion to Assistant Athletic Director effective immediately. AJ has been a fixture within Post's Athletic department, having served as Post's Head Coach for Baseball before assuming the position of Athletics Operations Manager under Athletic Director, Ronnie Palmer. AJ Joined Post in 2006 and has been a mainstay in much of the change that has seen the University grow from a small number of supported sports programs to our current 21 NCAA sports teams as well as sports such as Sprint Football, Cheerleading and Equine.

**Changes in Main campus Admissions:**

Over the past year, Post has experienced many of the same pressures toward on-campus enrollment that have affected many colleges and Universities our size.  While the quality of our incoming students has steadily increased over the years, our overall growth has been an ongoing struggle.  During the past several months, we have realigned our Main Campus Admissions and

DEF 00081

Advising areas under Bobbie Reese, our Chief Operating Officer. This helped underscore our intention to have Post viewed as One University, encompassing both on-line, site as well as on-ground programs.

This realignment has resulted in several changes in approach, structure and in staffing.  We are announcing today that Kathryn Reilly, Director of Main Campus Admissions has left the organization.  We are pleased to announce the promotion of two of our current staff members to the position of Assistant Director of Admission, effective immediately:

Virginia Folger will be moving from her position as *Senior Admissions Counsellor* to the role of Assistant Director of Transfer Admissions. Virginia has been with Post's Admissions office for almost four years and will be looking forward to seeing some of her first admitted students graduating soon!

Lisa Cassella, former *Campus Admissions Representative,* will assume the role of Assistant Admissions Director as well.  Lisa joined Post a little over a year ago. A graduate of Eastern Connecticut State University, Lisa came to Post with significant experience as a Marketing Coordinator, much of it in the Higher Education arena.

Please join us in wishing well to these individuals in their new roles.

## Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

## Don Mroz, Ph.D. | President

e. DMroz@Post.edu
w. 203.596.4666
f. 203.841.1191

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

Follow me on Twitter @PostPrez

DEF 00082

**From:**       Mroz, Don
**Sent:**       Thursday, September 08, 2016 2:01 PM
**To:**         Kelly, Donald
**Subject:**    Re: Tribal Notes Revision

DK,
Why did you label this as Tribal Notes?  Was that a mistake?  Don

Sent from my iPhone
President, Post University
Cell - 203-695-4091
Post U - 203-596-4666
Home - 203-283-7098

On Sep 8, 2016, at 11:15 AM, Kelly, Donald <DKelly@Post.edu> wrote:

> Second pass at it...  Next memo will include an introduction of Ted Lukomski  (MC Admissions) as well as the
> promotions of Lisa and Virginia.
>
> DK
>
>
> <image001.png>
>
> **Changes in Main campus Admissions:**
>
> We are announcing today that Kathryn Reilly, Director of Main Campus Admissions has left the
> organization.  Kathryn joined Post almost two years ago and was instrumental brining about the restructuring of
> the International Student Office in addition to Main Campus Admissions.  We thank Kathryn for her
> contributions and wish her well in her new endeavors.

## Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu           Post University
w. 203.591.7394              800 Country Club Rd.
f. 203.841.1052              Waterbury, CT 06723
                             toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

## Don Mroz, Ph.D. | President

e. DMroz@Post.edu
w. 203.596.4666
f. 203.841.1191

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

**Follow me on Twitter @PostPrez**

DEF 00084

**From:** Mroz, Don
**Sent:** Thursday, September 08, 2016 3:24 PM
**To:** Kelly, Donald
**Subject:** Re: Tribal Notes Revision

I just think on something so sensitive we probably should not put it under that title. Just my take on it. Don

Sent from my iPhone
President, Post University
Cell - 203-695-4091
Post U - 203-596-4666
Home - 203-283-7098

On Sep 8, 2016, at 3:20 PM, Kelly, Donald <DKelly@Post.edu> wrote:

> I will need to get some form of communication out and I was looking at wording. It was, for good or bad, a conscious decision around getting information to people. In my thought, there will be a variety of "Tribal Notes"; some announcements; some information... just trying it out, I guess.
>
>
> In retrospect, it might raise a few questions..and probably deserved more of a set-up.
> DK

# Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

**From:** Mroz, Don
**Sent:** Thursday, September 08, 2016 2:01 PM
**To:** Kelly, Donald
**Subject:** Re: Tribal Notes Revision

DK,
Why did you label this as Tribal Notes? Was that a mistake? Don

Sent from my iPhone
President, Post University
Cell - 203-695-4091
Post U - 203-596-4666
Home - 203-283-7098

DEF 00085

On Sep 8, 2016, at 11:15 AM, Kelly, Donald <DKelly@Post.edu> wrote:

Second pass at it... Next memo will include an introduction of Ted Lukomski  (MC Admissions) as well as the promotions of Lisa and Virginia.

DK

<image001.png>

**Changes in Main campus Admissions:**

We are announcing today that Kathryn Reilly, Director of Main Campus Admissions has left the organization.  Kathryn joined Post almost two years ago and was instrumental brining about the restructuring of the International Student Office in addition to Main Campus Admissions.  We thank Kathryn for her contributions and wish her well in her new endeavors.

## Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

DEF 00086

Don Mroz, Ph.D. | President

e. DMroz@Post.edu
w. 203.596.4666
f. 203.841.1191

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

Follow me on Twitter @PostPrez


Don Mroz, Ph.D. | President

e. DMroz@Post.edu
w. 203.596.4666
f. 203.841.1191

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

Follow me on Twitter @PostPrez

DEF 00087

| | |
|---|---|
| **From:** | Mroz, Don |
| **Sent:** | Friday, September 09, 2016 12:34 PM |
| **To:** | Kelly, Donald |
| **Subject:** | Re: Post University - Prepaid Mailing Label |

Thanks, have you spoken to her?

Sent from my iPhone
President, Post University
Cell - 203-695-4091
Post U - 203-596-4666
Home - 203-283-7098

On Sep 9, 2016, at 12:22 PM, Kelly, Donald <DKelly@Post.edu> wrote:

> Kathryn's new phone number.. though you might want it.
> DK

# Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

**From:** Kathryn Reilly [mailto:reillykathryn@yahoo.com]
**Sent:** Friday, September 09, 2016 9:48 AM
**To:** Lagasse, Raymond
**Cc:** Kelly, Donald
**Subject:** Re: Post University - Prepaid Mailing Label

Good morning Ray,

thank you for the mailing label. I just purchased a new phone last night & I am getting word out today to family & friends about the new number. If you want to shut the Post phone off at the end of the day that should be fine. I will return it to you shortly. Don thank you again for your kindness in allowing me to hold onto the phone for a few extra days while I sorted this out. My new number if you should need it is 860-960-6051

All the best,
Kathryn

DEF 00088

# Don Mroz, Ph.D. | President

e. DMroz@Post.edu
w. 203.596.4666
f. 203.841.1191

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562
Follow me on Twitter @PostPrez

**From:** "Lagasse, Raymond" <RLagasse@Post.edu>
**To:** "'reillykathryn@yahoo.com'" <reillykathryn@yahoo.com>
**Cc:** "Lagasse, Raymond" <RLagasse@Post.edu>
**Sent:** Friday, September 9, 2016 9:08 AM
**Subject:** Post University - Prepaid Mailing Label

Kathryn,

Good morning.  Don Kelly asked if I would send you a prepaid mailing label to make it easier for you to return the university cell phone.  The label is attached to this email and if you have any problems, please let me know.

v/r,

Ray

<logo.jpg>

# Ray Lagasse | Assistant Director Of Human Resources & Title IX Coordinator

e. RLagasse@Post.edu
w. 203.591.7140
f. 203.841.1168
Visit our blog @ blog.post.edu

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

DEF 00089

| | |
|---|---|
| **From:** | Mroz, Don |
| **Sent:** | Friday, September 09, 2016 3:00 PM |
| **To:** | Kelly, Donald |
| **Subject:** | Fwd: Checking In |
| **Attachments:** | post-125th-logos.png; post-125th-logos.png |

FYI

Sent from my iPhone
President, Post University
Cell - 203-695-4091
Post U - 203-596-4666
Home - 203-283-7098

Begin forwarded message:

> **From:** Kathryn Reilly <reillykathryn@yahoo.com>
> **Date:** September 9, 2016 at 2:59:02 PM EDT
> **To:** "Mroz, Don" <DMroz@Post.edu>
> **Subject: Re: Checking In**
> **Reply-To:** Kathryn Reilly <reillykathryn@yahoo.com>
>
> Thanks Don.  It means a lot to know I have your support.
> I will stay in touch & yes would like to find a time to get together some point soon. Even though I suspected this
> might happen, once it did I was totally unprepared.  I have never gone through this before so I guess I didn't know
> what to expect.
> Have a good weekend at the cape & please send my best to Susan.  Talk soon
> Kathryn

# Don Mroz, Ph.D. | President

e. DMroz@Post.edu          Post University
w. 203.596.4666            800 Country Club Rd.
f. 203.841.1191            Waterbury, CT 06723
                           toll free 800.345.2562

Follow me on Twitter @PostPrez

**From:** "Mroz, Don" <DMroz@Post.edu>
**To:** "reillykathryn@yahoo.com" <reillykathryn@yahoo.com>
**Sent:** Thursday, September 8, 2016 1:25 PM
**Subject:** Checking In

Dear Kathryn,

I am so very sorry!  I don't exactly know what to say except please let me know what I can do
to support you.  Sorry I had a Doctor's Appointment yesterday so I was not here, not that it

DEF 00090

would have helped in any way, but I would have liked to have seen you.  Susan and I are on our way to the Cape tonight for the week-end, but I am back on Monday.  If you would like to get together for dinner or drinks just let me know.  Please know, I think you are the best, and I will support you in any way I can.  Warm Regards, Don

## Don Mroz, Ph.D.
President

800 Country Club Rd., Waterbury, CT 06723
Toll Free 800.345.2562
e. DMroz@Post.edu
w. 203.596.4666
f. 203.841.1191

Follow me on Twitter @PostPrez



This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.



DEF 00091

| From: | Mroz, Don |
|---|---|
| Sent: | Saturday, October 22, 2016 11:20 AM |
| To: | Kelly, Donald |
| Subject: | Re: Kathryn Reilly |

Thanks for this information.  Susan and I will not reach out to her.  Any idea what she is looking for?  Don

Sent from my iPhone
President, Post University
Cell - 203-695-4091
Post U - 203-596-4666
Home - 203-283-7098

On Oct 22, 2016, at 10:59 AM, Kelly, Donald <DKelly@Post.edu> wrote:

> Don,
>
> Just to let you know, I did reach out to Kathryn yesterday to let her know that the deadline for signing her
> Waiver for Severance was yesterday.  We had not heard from her and I didn't want her to miss out.
>
> I did get a note from her saying that she has retained counsel so.. we won't be getting the release back.  It will
> be another filing in the near future.   From here on out, I can't contact her.  I know that you had mentioned
> getting together with her so I wanted to let you know what I found out.   Her note was short.. just a "thanks" for
> reaching out and notice to me that she won't be sending her agreement in, having engaged an attorney.
>
> Thought you should know. I haven't mentioned this to anyone else yet.
> DK

# Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It
constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not
the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail
and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use,
dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

Don Mroz, Ph.D. | President

e. DMroz@Post.edu          Post University
w. 203.596.4666            800 Country Club Rd.
f. 203.841.1191            Waterbury, CT 06723
                           toll free 800.345.2562

Follow me on Twitter @PostPrez

DEF 00093

**From:**        Reese, Bobby
**Sent:**        Thursday, September 08, 2016 9:56 AM
**To:**          Kelly, Donald; Mroz, Don
**Subject:**     RE: Tribal Notes

COUPLE THINGS….

I wouldn't put these items together…. I would include all the promotions and "good stuff" in one and KR in a separate note.  As far as Lisa…. She is an Assistant Director of Admissions… Not sure you meant Academic……   Concerning Katheryn,  We need to saty away from  numbers and things like "Pressures toward on-campus enrollment"…. Lets discuss at 10:00 when you swing by…

## Bobby Reese | Chief Operating Officer

e. BReese@Post.edu          Post University
w. 203.596.4548             800 Country Club Rd.
                            Waterbury, CT. 06723
                            toll free 800.345.2562

**From:** Kelly, Donald
**Sent:** Thursday, September 8, 2016 9:42 AM
**To:** Mroz, Don <DMroz@Post.edu>; Reese, Bobby <BReese@Post.edu>
**Subject:** Tribal Notes
**Importance:** High

*Here is the announcement I'd like to get out.  Since the word of Kathryn's departure is already out there, I thought it might be best to combine these.*

*Please note Lisa's title as Assistant Academic Director.  Is that what we had settled on?*

*Please let me know your comments.*
*Thanks*



We would like to congratulate AJ McNamara on his promotion to Assistant Athletic Director effective immediately. AJ has been a fixture within Post's Athletic department, having served as Post's Head Coach for Baseball before assuming the position of Athletics Operations Manager under Athletic Director, Ronnie Palmer.  AJ Joined Post in 2006 and has been a mainstay in much

DEF 00094

of the change that has seen the University grow from a small number of supported sports programs to our current 21 NCAA sports teams as well as sports such as Sprint Football, Cheerleading and Equine.

**Changes in Main campus Admissions:**

Over the past year, Post has experienced many of the same pressures toward on-campus enrollment that have affected many colleges and Universities our size.  While the quality of our incoming students has steadily increased over the years, our overall growth has been an ongoing struggle.  During the past several months, we have realigned our Main Campus Admissions and Advising areas under Bobbie Reese, our Chief Operating Officer.  This helped underscore our intention to have Post viewed as One University, encompassing both on-line, site as well as on-ground programs.

This realignment has resulted in several changes in approach, structure and in staffing.  We are announcing today that Kathryn Reilly, Director of Main Campus Admissions has left the organization.  We are pleased to announce the promotion of two of our current staff members to the position of Assistant Director of Admission, effective immediately:

Virginia Folger will be moving from her position as *Senior Admissions Counsellor* to the role of Assistant Director of Transfer Admissions. Virginia has been with Post's Admissions office for almost four years and will be looking forward to seeing some of her first admitted students graduating soon!

Lisa Cassella, former *Campus Admissions Representative*, will assume the role of Assistant Admissions Director as well.  Lisa joined Post a little over a year ago. A graduate of Eastern Connecticut State University, Lisa came to Post with significant experience as a Marketing Coordinator, much of it in the Higher Education arena.

Please join us in wishing well to these individuals in their new roles.

## Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

DEF 00095

| | |
|---|---|
| **From:** | Kelly, Donald |
| **Sent:** | Thursday, September 08, 2016 9:42 AM |
| **To:** | Mroz, Don; Reese, Bobby |
| **Subject:** | Tribal Notes |
| **Importance:** | High |

*Here is the announcement I'd like to get out.  Since the word of Kathryn's departure is already out there, I thought it might be best to combine these.*

*Please note Lisa's title as Assistant Academic Director.  Is that what we had settled on?*

*Please let me know your comments.*
*Thanks*



We would like to congratulate AJ McNamara on his promotion to Assistant Athletic Director effective immediately. AJ has been a fixture within Post's Athletic department, having served as Post's Head Coach for Baseball before assuming the position of Athletics Operations Manager under Athletic Director, Ronnie Palmer.  AJ Joined Post in 2006 and has been a mainstay in much of the change that has seen the University grow from a small number of supported sports programs to our current 21 NCAA sports teams as well as sports such as Sprint Football, Cheerleading and Equine.

**Changes in Main campus Admissions:**

Over the past year, Post has experienced many of the same pressures toward on-campus enrollment that have affected many colleges and Universities our size.  While the quality of our incoming students has steadily increased over the years, our overall growth has been an ongoing struggle.  During the past several months, we have realigned our Main Campus Admissions and Advising areas under Bobbie Reese, our Chief Operating Officer.  This helped underscore our intention to have Post viewed as One University, encompassing both on-line, site as well as on-ground programs.

This realignment has resulted in several changes in approach, structure and in staffing.  We are announcing today that Kathryn Reilly, Director of Main Campus Admissions has left the organization.  We are pleased to announce the promotion of two of our current staff members to the position of Assistant Director of Admission, effective immediately:

Virginia Folger will be moving from her position as *Senior Admissions Counsellor* to the role of Assistant Director of Transfer Admissions. Virginia has been with Post's Admissions office for almost four years and will be looking forward to seeing some of her first admitted students graduating soon!

DEF 00096

Lisa Cassella, former *Campus Admissions Representative*, will assume the role of Assistant Admissions Director as well.  Lisa joined Post a little over a year ago. A graduate of Eastern Connecticut State University, Lisa came to Post with significant experience as a Marketing Coordinator, much of it in the Higher Education arena.

Please join us in wishing well to these individuals in their new roles.

# Donald Kelly | Vice President of Human Resources

e. DKelly@Post.edu
w. 203.591.7394
f. 203.841.1052

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

DEF 00097

| | |
|---|---|
| **From:** | Hopkins, John |
| **Sent:** | Monday, October 24, 2016 7:38 AM |
| **To:** | Vicki Whisenhant |
| **Subject:** | Fwd: Kathryn Reilly |

FYI....Kathryn was an MC admissions director we recently let go. She was abusive and incompetent.

Sent from my iPad

Begin forwarded message:

> **From:** "Kelly, Donald" <DKelly@Post.edu>
> **Date:** October 24, 2016 at 7:01:10 AM EDT
> **To:** "Hopkins, John" <jhopkins@Post.edu>, "Allen, Scott" <ScAllen@post.edu>, "Kelsey, Madelaine" <mkelsey@Post.edu>
> **Subject: Kathryn Reilly**
>
> I reached out to Kathryn Reilly last Friday to remind her that her deadline was up for signing her Waiver and Release document.  She had 45 days in which to do it.   I heard back from her on Saturday that she has engaged counsel and won't be returning it.
>
> I'll contact Ed Richters at Jackson Lewis to let him know that we will (eventually) be seeing something.
>
> Just wanted you to know.  I have not heard any response back from Curtis about his revised offer.
> DK

# Donald Kelly | Vice President of Human Resources
e. DKelly@Post.edu          Post University
w. 203.591.7394              800 Country Club Rd.
f. 203.841.1052               Waterbury, CT 06723
                                    toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

DEF 00098

John L. Hopkins | Chief Executive Officer

e. jhopkins@Post.edu
w. 203.596.4510

Post University
800 Country Club Rd.
Waterbury, CT. 06723
toll free 800.345.2562

DEF 00099

**From:**      Kelly, Donald
**Sent:**      Thursday, September 08, 2016 1:03 PM
**Subject:**   Tribal Notes

**Importance:**   High



**Changes in Main Campus Admissions:**

We are announcing today that Kathryn Reilly, Director of Main Campus Admissions has left the organization.  Kathryn joined Post almost two years ago and was instrumental bringing about the restructuring of the International Student Office in addition to Main Campus Admissions.  We thank Kathryn for her contributions and wish her well in her new endeavors.

# Donald Kelly | Vice President of Human Resources
e. DKelly@Post.edu        Post University
w. 203.591.7394           800 Country Club Rd.
f. 203.841.1052           Waterbury, CT 06723
                          toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

# Donald Kelly | Vice President of Human Resources
e. DKelly@Post.edu        Post University
w. 203.591.7394           800 Country Club Rd.
f. 203.841.1052           Waterbury, CT 06723
                          toll free 800.345.2562

DEF 00112

**From:**          Kelly, Donald
**Sent:**          Monday, November 14, 2016 11:32 AM
**To:**            Reese, Bobby
**Subject:**       FW: Kathryn Reilly's letter

Bobby,

Should have copied you on this as well.  The letter just came in late morning today.
DK

# Donald Kelly | Vice President of Human Resources
e. DKelly@Post.edu          Post University
w. 203.591.7394             800 Country Club Rd.
f. 203.841.1052             Waterbury, CT 06723
                            toll free 800.345.2562

**From:** Kelly, Donald
**Sent:** Monday, November 14, 2016 11:21 AM
**To:** Hopkins, John; Mroz, Don
**Cc:** Allen, Scott; Whisenhant, Vicki; Kelsey, Madelaine; Lagasse, Raymond
**Subject:** Kathryn Reilly's letter

John & Don,

As you may know, we have just received a copy of letter from Kathryn's attorney (Heena Kapadia) who has requested we contact her to discuss resolution before November 22nd.  There are no specific requests in the letter, just a request for contact.

I have sent a copy of the letter to Ed Richters, our attorney at Jackson Lewis.  I'll let you know as soon as I hear from him.

DK

# Donald Kelly | Vice President of Human Resources
e. DKelly@Post.edu          Post University
w. 203.591.7394             800 Country Club Rd.
f. 203.841.1052             Waterbury, CT 06723
                            toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or

DEF 00113

**From:** Hopkins, John [jhopkins@Post.edu]
**Sent:** Thursday, September 01, 2016 10:35 AM
**To:** Reese, Bobby
**Subject:** Re: KR

Good with me....

---

**From:** "Reese, Bobby" <BReese@Post.edu>
**Date:** Thursday, September 1, 2016 at 10:32 AM
**To:** John L Hopkins <jhopkins@Post.edu>
**Subject:** KR

John,

I believe the decision we landed on about KR is the right decision.  We need a change on MC as we have a huge hill to climb.  It's not about the numbers....  That we can correct.  Let me know if you have thoughts that I'm missing otherwise I want to stick with the plan of Ted coming in and lets open up the search.

BLR

# Bobby Reese | Chief Operating Officer
e. BReese@Post.edu     Post University
w. 203.596.4548        800 Country Club Rd.
                       Waterbury, CT. 06723
                       toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

# John L. Hopkins | Chief Executive Officer
e. jhopkins@Post.edu    Post University
w. 203.596.4510         800 Country Club Rd.
                        Waterbury, CT. 06723
                        toll free 800.345.2562

**CONFIDENTIAL**
Subject to Court's Order

CONFIDENTIAL
Subject to Court's Order

DEF  001315

**From:** Christoph R. Palevich [christoph_palevich@hotmail.com]
**Sent:** Tuesday, August 16, 2016 4:07 PM
**To:** Reese, Bobby
**Subject:** Post University
**Attachments:** Chris Palevich CVResume 1.7.1 Revised.doc

Hi Bobby,

Long time, no talk!  Rich passed your information off about a week ago and wanted to follow up with you directly!

I was hoping to touch base with you regarding openings within Post!  I'd love to see if there are any openings, within the corporate level, I could start utilizing my experiences; enhancing graduates outcomes as well as building up the schools recognition within the area!

It's been awhile but I'd love to have a chance to work with you guys again!

Sincerely,

Chris Palevich

**Privileged and Confidential:** This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential, and/or privileged information. If you are not the intended recipient, any use, disclosure, dissemination, or distribution is strictly prohibited.

**From:** Reese, Bobby
**Sent:** Thursday, September 01, 2016 10:32 AM
**To:** Hopkins, John
**Subject:** KR

John,

I believe the decision we landed on about KR is the right decision.  We need a change on MC as we have a huge hill to climb.  It's not about the numbers....  That we can correct.  Let me know if you have thoughts that I'm missing otherwise I want to stick with the plan of Ted coming in and lets open up the search.

BLR

**CONFIDENTIAL**
**Subject to Court's Order**

**DEF  001356**